**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Nathaniel Mroz−Shapiro<br>Debtor, | Chapter: 7<br>Case No: 11−21017<br>Judge Joan N. Feeney |

### CERTIFICATE OF APPOINTMENT OF INTERIM TRUSTEE AND FIXING OF BOND

Pursuant to 11 U.S.C. § 701(a)(1)

Joseph G. Butler
Barron & Stadfeld
100 Cambridge Street
Suite 1310
Boston, MA 02114

is hereby appointed as Interim Trustee in the above−referenced proceeding and is designated to preside at the meeting of creditors. The Trustee's bond is fixed under the general blanket bond heretofore approved. The Trustee shall notify the United States Trustee immediately in the event that the liquid assets exceed $1,000,000.

Pursuant to FRBP 2008 the Trustee will be deemed to have accepted this appointment unless it is rejected within five (5) days of receipt of this notice. Unless another trustee is elected the Interim Trustee appointed herein shall serve as Trustee without further appointment as provided by 11 U.S.C. § 702(d).

Date:11/24/11                                                     William K. Harrington
                                                                  U.S. Trustee
                                                                  (617) 788−0400

Original filed with Bankruptcy Court
Copy to trustee

**REJECTION**

I, Joseph G. Butler , hereby REJECT appointment as Trustee.
Dated: This day of _____ .

                                                                  Joseph G. Butler

Original filed with Bankruptcy Court
Copy to United States Trustee

4