**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In Re:  Nathaniel Mroz–Shapiro | Chapter: 7 |
| Debtor, | Case No: 11–21017 |
| | Judge Joan N. Feeney |

---

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE WITHOUT A DEBTOR DISCHARGE

It is hererby **ORDERED** that Joseph G. Butler, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a). No certification of attendance at an approved provider of financial management courses having been filed, therefore, pursuant to 11 U.S.C. § 727(a)(11), no discharge has been entered.

Date:3/16/12                                                                 By the Court,

                                                                                          Joan N. Feeney
                                                                                          U.S. Bankruptcy Judge